UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10078
_____


ROYAL LLOYDS OF TEXAS; ROYAL INSURANCE
COMPANY OF AMERICA,

                                        Plaintiffs-Appellees,

versus

QUINN-L FINANCIAL CORP. et al,

                                        Defendants-Appellants.


_____

Appeal from the United States District Court
for the Northern District of Texas
(3:90-CV-550-H)
_____


December 30, 1996
Before JOLLY, JONES, and PARKER, Circuit Judges.

PER CURIAM:[*]

        The court has carefully considered appellants' position
in light of the briefs, oral argument, pertinent portions of the
record, and the extensive previous history of the case in this
court.  Having done so, we cannot say that the district court
abused its discretion in denying appellants' Rule 60(b)(5) motion

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

for relief from judgment, and we affirm on essentially the basis articulated by the district court.

AFFIRM.